Order entered August 29, 2013



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01679-CR

**ANDRE WAYNE VITTATOE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 4**
**Dallas County, Texas**
**Trial Court Cause No. F12-51535-K**

## ORDER

The Court **GRANTS** the State's August 27, 2013 motion for extension of time to file the

State's brief.

We **ORDER** the Clerk of the Court to file the brief tendered as of the date of this order.


/s/     LANA MYERS
         JUSTICE